IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:07-CR-185-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| RODNEY HENSON LEWIS, | ) | |
| | ) | |
| Defendant. | ) | |

In light of the entire record (including the serious nature of the criminal conduct, defendant's criminal history, and the probation officer's opposition), Lewis's motion for early termination of supervised release is DENIED.

SO ORDERED. This 19 day of November 2015.

JAMES C. DEVER III
Chief United States District Judge