IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:07-CR-185-D

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| RODNEY HENSON LEWIS, ) | |
| ) | |
| Defendant. ) | |

On April 20, 2017, Rodney Henson Lewis ("Lewis") filed a motion to terminate his five-year term of supervised relief. See [D.E. 34]. On June 13, 2017, Lewis filed an amended motion to terminate his term of supervised relief. See [D.E. 35]. On November 19, 2015, the court denied Lewis's first request for early termination of supervised release. See [D.E. 33].

The court has again reviewed the motions and the record. In light of the entire record (including the serious nature of the criminal conduct, defendant's criminal history, and the probation officer's opposition) Lewis's motions for early termination of supervised release [D.E. 34, 35] are DENIED.

SO ORDERED. This 20 day of June 2017.

JAMES C. DEVER III
Chief United States District Judge